BLANCHE GOLDFISH, Respondent, *v.* SAMUEL GOLDFISH, Appellant.

*Husband and wife — divorce — remarriage of divorced wife — when motion to strike from decree provision for payment to her of annual sum denied.*

*Goldfish* v. *Goldfish*, 193 App. Div. 686, affirmed.

(Submitted January 14, 1921; decided February 1, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1920, which modified and affirmed as modified an order of Special Term denying a motion by defendant to strike from the final decree of divorce herein in favor of plaintiff provisions for the payment to her of $5,200 per annum for her life and an additional $2,600 so long as she remained unmarried. The motion was made under section 1771 of the Code of Civil Procedure. It appeared that the plaintiff had remarried. It also appeared that the provision for the yearly payment of $5,200 was the result of a separation agreement and in consideration of the relinquishment by plaintiff of her claim to certain specified property. The Appellate Division modified the order of Special Term by granting the motion to the extent of striking from the final judgment the provision for payment of the additional $2,600.

*George Edwin Joseph* for appellant.

*Nathan Burkan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.